MICHAEL K. ERICKSON (12503)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Post Office Box 45385
Salt Lake City, UT 84145-0385
Phone: (801) 532-1500
merickson@rqn.com

*Attorneys for Defendant Taylor Brooke Boutique, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| AMPERSAND AVENUE, LLC, a Utah company,<br><br>           Plaintiff,<br><br>v.<br><br>TAYLOR BROOKE BOUTIQUE, LLC, a Utah company<br><br>           Defendant. | **SECOND DECLARATION OF MICHAEL K. ERICKSON IN SUPPORT OF REQUEST FOR LOCAL RULE DUCivR 16-3 SETTLEMENT CONFERENCE AND MOTION TO EXTEND TIME**<br><br>Civil Action No. 1:18-cv-00016-JNP<br><br>Honorable Judge Jill N. Parrish |

I, Michael K. Erickson, declare as follows:

   1.   I am over the age of twenty-one years old, competent, and have personal knowledge of the facts contained herein.

   2.   I am counsel for Defendant Taylor Brooke Boutique, LLC ("Taylor Brooke Boutique") in the above-captioned matter.

   3.   Attached hereto as Exhibit "A" are screenshots sent to me by Taylor Brooke Boutique showing sales amounts for the "Michelle" sweatshirt for various colors and sizes. Gross sales for all of the "Michelle" sweatshirts total $3,565.77.

4. Attached hereto as Exhibit "B" are screenshots sent to me by Taylor Brooke Boutique showing sales amounts for the "Shelby" sweatshirt for various colors and sizes. Gross sales for all of the "Shelby" sweatshirts are $3,778.60.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of March, 2018.

/s/ Michael K. Erickson
Michael K. Erickson

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2018, I electronically filed the foregoing **SECOND DECLARATION OF MICHAEL K. ERICKSON IN SUPPORT OF REQUEST FOR LOCAL RULE DUCivR 16-3 SETTLEMENT CONFERENCE AND MOTION TO EXTEND TIME** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Nicholas Wells
Stephen H. Bean
LEGENDS LAW GROUP, PLLC
330 North Main
Kaysville, Utah 84037
nwells@legendslaw.com
steve@legendslaw.com

*Attorneys for Plaintiff Ampersand Avenue, LLC*

/s/Angelica Torres

1447554